FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 10, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM BISSONNETTE, husband and the marital community comprised thereof, and SHARON BISSONNETTE, wife and the marital community composed thereof,<br><br>Plaintiffs,<br><br>v.<br><br>HARBOR FREIGHT TOOLS USA INC.,<br><br>Defendant. | No. 2:18-cv-00305-SMJ<br><br>**ORDER DISMISSING CASE** |

On July 10, 2019, the parties filed a Stipulation of Dismissal, ECF No. 25. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1), **IT IS HEREBY ORDERED**:

  **1.** The parties' Stipulated Dismissal, **ECF No. 25**, is **GRANTED**.

  **2.** All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

  **3.** All pending motions are **DENIED AS MOOT**.

  **4.** All hearings and other deadlines are **STRICKEN**.

  **5.** The Clerk's Office is directed to **CLOSE** this file.

ORDER DISMISSING CASE **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 10th day of July 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE **-** 2